IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Mary Hernandez<br><br>              Plaintiff,<br><br>vs.<br><br>Andrew Saul,<br>Commissioner of Social Security,<br><br><br>              Defendant. | SCHEDULING ORDER<br><br>2:20-CV-00748-HCN-DBP<br><br><br><br>Judge Howard C. Nielson, Jr<br>Chief Magistrate Judge Dustin B. Pead |

The Court establishes the following scheduling order:

1. The answer of the Defendant and the administrative record are on file. (ECF No. 18.)

2. Plaintiff's Opening Brief should be filed by June 11, 2021.

3. Defendant's Answer Brief should be filed by July 16, 2021.

4. Plaintiff may file a Reply Brief by July 30, 2021.

5. Oral argument will not be heard unless requested at the time of filing the first brief by either party and upon good cause shown, or on the Court's own initiative. See DUCIVR 7-1(f).

DATED this 14 May 2021.

_____
Dustin B. Pead
United States Magistrate Judge