IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARY HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,<br><br>Defendant. | **ORDER FOR EXTENSION OF TIME**<br><br>Case Number: 2:20-CV-00748<br><br>**Judge Howard C. Nielson, Jr**<br>**Chief Magistrate Judge Dustin B. Pead** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff, Mary Ramirez, respectfully filed his motion for Extension of Time with this court on the 15th day of June, 2021.

Based upon the motion filed with this court and for good cause shown,

IT IS HEREBY ORDERED that the filing dates for the parties' briefs be set as follows:

1. Plaintiff's Opening brief shall be due on or before **August 2nd, 2021.**

2. Defendant's Response brief shall be due on or before **September 2nd, 2021.**

3. Plaintiff's Reply brief shall be due on or before **September 17th, 2021.**

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE

1